# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141355-59(131)

RICHARD DUMAS, LYNN MCBRIDE,
EUGENE PASKO, HAROLD COUNTS, JOHN
MAUS, KENNETH KWASNIK, RICHARD
BENNETT, PATRICK CHAPMAN, CHARLES
DAPPRICH, JAMES DZIADZIOLA, Estate of
GERALD FITZGERALD, Estate of VERNON
MANUS, Estate of GEORGE MASSAB,
LAWRENCE MYLNAREK, Estate of
ROBERT SINCLAIR, CHARLES OSTERDALE,
ROBERT J. SONGER, ROBERT DECKERS,
ELIZABETH ZINNER, RICHARD STIMPSON,
DONALD DURECKI, and RONALD RIEUS,
             Plaintiffs,

and

WAYNE ALARIE and RICHARD MARTIN,
             Plaintiffs-Appellants/Cross-Appellees,

and

THEODORE S. ANDRIS,
             Appellant/Cross-Appellee,

v

                                     SC: 141355
                                     COA: 279149
                                     Wayne CC: 83-316603-CK

SHELDON L. MILLER,
             Appellee/Cross-Appellant,

and

AUTO CLUB INSURANCE ASSOCIATION,
             Defendant.
_____/

GERALD NYLUND, ANITA NYLUND, JOHN HOUSE, MARY ELLEN HOUSE, DAVID REMER, DONNA MARGARET REMER, LEONARD RAKOWICZ, RITA RAKOWICZ, STANLEY ELZINGA, MARILYN ELZINGA, JAMES HALLER, JOAN HALLER, JOHN JACKSON, WILLIE JOHNSON, EDWARD BARTZ, BETTY BARTZ, FRANK DOLINSHEK, MARY DOLINSHEK, MICHAEL DUNGEY, WINIFRED DUNGEY, FRANCES STOCKER, ARTHUR SHEWCHUK, PATRICIA SHEWCHUK, DAVID ALBRECHT, LINDA ALBRECHT, WILLIAM T MEDLIN, and SHIRLEY MEDLIN,

      Plaintiffs-Appellants/Cross-Appellees,

v

                                      SC: 141356
                                      COA: 286342
                                      Wayne CC: 94-420311-CZ

LOPATIN, MILLER, FREEDMAN, BLUESTONE, ERLICH, ROSEN & BARTNICK, P.C., and SHELDON MILLER,

      Defendants-Appellees/Cross-Appellants.

_____/

WAYNE ALARIE and RICHARD MARTIN,

      Plaintiffs-Appellants/Cross-Appellees,

v

                                        SC: 141357
                                      COA: 286343
                                      Wayne CC: 92-215259-CZ

LOPATIN, MILLER, FREEDMAN, BLUESTONE, ERLICH, ROSEN & BARTNICK, P.C., and SHELDON MILLER,

      Defendants-Appellees/Cross-Appellants.

_____/

ROBERT DECKERS, ELIZABETH ZINNER, RICHARD STIMPSON, and DONALD DURECKI,

      Plaintiffs-Appellants/Cross-Appellees,

and

HAROLD COUNTS, ROBERT IVAN, and
RICHARD ZICKEL,

        Plaintiffs,

v

SHELDON L. MILLER and LOPATIN,
MILLER, FREEDMAN, BLUESTONE,
ERLICH, ROSEN & BARTNICK, P.C.,

        Defendants-Appellees/Cross-Appellants,

and

DAVID RAVID,

        Defendant.

_____/

SC: 141358
COA: 286344
Wayne CC: 93-321648-NM

JAMES K. DZIADZIOLA, MARGARET
DZIADZIOLA, LAWRENCE R. MLYNAREK,
JOSEPHINE MLYNAREK, MARTHA
CHAPMAN, Personal Representative of the
Estate of PATRICK CHAPMAN, LYNETTE
MASSAB, Personal Representative of the
Estate of GEORGE MASSAB,

        Plaintiffs-Appellants/Cross-Appellees,

v

SHELDON L. MILLER, LOPATIN, MILLER,
FREEDMAN, BLUESTONE, ERLICH, ROSEN
& BARTNICK, P.C., and SHELDON L. MILLER
& ASSOCIATES, P.C.,

        Defendants-Appellees/Cross-Appellants.

_____/

SC: 141359
COA: 287143
Wayne CC: 04-418373-NM

On order of the Court, the motion for reconsideration of this Court's December 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in his dissenting statement in this case, 488 Mich 1009 (2010).

YOUNG, C.J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

d0620